UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT-FLINT


In the Matter of:

MICHAEL ROSS & LORI ROSS,                    Bankruptcy Case No. 09-33206-DSO
                                             Chapter 7
                                             Hon. Daniel S. Opperman

                            Debtor(s)
_____/


NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

        The attached check in the amount of $10.92 represents the total sum of unclaimed
dividends check in this estate and is paid to the Court pursuant to 11 U.S.C. S347(a).  The
name(s)of the Party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Saginaw Valley SU | 3 | $4.59 |
| Chase Bank, USA | 6 | $3.70 |
| Recovery Mgt. Systems | 9 | $2.63 |


Dated: July 14, 2010                    /s/ Samuel D. Sweet
                                        Samuel D. Sweet, Chapter 7 Trustee
                                        P.O. Box  757
                                        Ortonville, MI 48462-0757
                                        248-236-0985
                                        ssweet@trusteesweet.us